414 A.2d 128

## COMMONWEALTH of Pennsylvania, Appellee,

v.

## James WILSON, Appellant.

Supreme Court of Pennsylvania.

Argued April 22, 1980.

Decided May 16, 1980.

**400**

Paul Mark Perlstein, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Division, Asst. Dist. Atty., Franklin L. Noel, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Judgment of Sentence affirmed.